

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ERIC ABRAHAM MORENO, | § | No. 08-18-00099-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180D00061) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **April 19, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before April 19, 2019.

IT IS SO ORDERED this 6th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.